AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

ORIGINAL

United States of America
v.
CARLOS PEREZ-RAMIEREZ, et al

)
)
)
)
)
)

Case No. 3:23-cr-00011-HZ-1

_____
Defendant

U.S. MARSHALS SERVICE  JAN 10 '23  4:14PM

FILED 11 JAN '23 14:02USDC-ORP

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CARLOS PEREZ-RAMIEREZ                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession with the Intent to Distribute Fentanyl
Possession with the Intent to Distribute Methamphetamine
Possession with the Intent to Distribute Heroin
Possession of Firearm in Furtherance of a Drug Trafficking Crime



Date: 01/10/2023

                                                                   s/S. Behrends
                                                              *Issuing officer's signature*

City and State:  Portland, OR

                                                              S. Behrends, Deputy Clerk
                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

DATE  01/11/2023
ARRESTED BY  USMS
U.S. MARSHAL
BY E. CATER  /s/

                                                              *Arresting officer's signature*

                                                              *Printed name and title*